**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARLENE BETANCO,<br><br>  Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. EDCV 17-1709 SS<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for further action consistent with the Court's Memorandum Decision and Order.

DATED: July 19, 2018

                                         /S/
                                    SUZANNE H. SEGAL
                                    UNITED STATES MAGISTRATE JUDGE